IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CHRISTOPHER ERICKSON, | |
| **Plaintiff,** | |
| v. | 1:17-cv-00383-WSD |
| ABBY UNITED, LLC d/b/a ABBY IRON DOORS, | |
| **Defendant.** | |

## ORDER

This matter is before the Court on the parties' Joint Motion to Approve Settlement Agreement [14] ("Motion"). Plaintiff brought this action against Defendant alleging violations of the Fair Labor Standards Act for failure to pay overtime wages. Having settled this matter, the parties request that the Court approve the parties' Settlement Agreement [14.1] and dismiss this matter with prejudice. Having considered the Motion and Settlement Agreement, and with the parties' consent,

**IT IS HEREBY ORDERED** that on the parties' Joint Motion to Approve Settlement Agreement [14] is **GRANTED**. The Court finds that the agreed-upon terms and conditions of settlement of this litigation arising under the Fair Labor Standards Act, as set forth in the Settlement Agreement [14.1], are fair and

reasonable under the circumstances, and the Settlement Agreement is

**APPROVED**.

    **IT IS FURTHER ORDERED** that this action is **DISMISSED WITH PREJUDICE**, with costs and fees to be paid pursuant to the terms of the Settlement Agreement.

    **IT IS FURTHER ORDERED** that the Court shall retain jurisdiction over the action to enforce the terms of the Settlement Agreement.

    **SO ORDERED** this 20th day of June, 2017.

                                              _/s/ William S. Duffey_
                                              WILLIAM S. DUFFEY, JR.
                                              UNITED STATES DISTRICT JUDGE